AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

-FILED-
NOV 12 2025
At ____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States of America
v.

DAVID SHORT

*Defendant(s)*

Case No. 1:25-MJ- 120-ALT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 8th, 15th, 23rd, and 29th, 2025 in the county of Allen in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count 1: 21 U.S.C. § 841(a) | Distributing a controlled substance. |
| Count 2: 21 U.S.C. § 841(a) | Distributing a controlled substance. |
| Count 3: 21 U.S.C. § 841(a) | Distributing a controlled substance. |
| Count 4: 21 U.S.C. § 841(a)(1) | Possessing with intent to distribute a controlled substance. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

JUSTIN JAMES (Affiliate) Digitally signed by JUSTIN JAMES (Affiliate) Date: 2025.11.12 14:33:57 -05'00'

*Complainant's signature*

Justin James, TFO DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/12/2025

s/Andrew L. Teel

*Judge's signature*

City and state: Fort Wayne, Indiana

Andrew L. Teel, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT**

Comes now your affiant, Justin James, a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA). first being duly sworn, hereby deposes and states as follows:

Your affiant am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

Your affiant has been employed with the City of Auburn Police Department for twelve years and currently serve at the rank of Detective. Your affiant is certified as an Indiana Police Officer by the Indiana Law Enforcement Academy, graduating from the academy in 2013, class number 199. Since academy graduation, your affiant has maintained all required and mandated yearly training requirements as set forth by the State of Indiana and the Indiana Law Enforcement Academy.

Your affiant has also attended and completed numerous, non-mandated, Law Enforcement related training hours in diverse areas and topics during my Law Enforcement career. Your affiant has been assigned to Narcotics investigations since April 2021.

Your affiant is currently assigned to the Auburn Police Narcotics Enforcement Team (APNET), and the Allen County Drug Taskforce (ACDTF). Your affiant was assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) from

February 2023 until February 2025. Your affiant is currently a Task Force Officer for the DEA and have been since June 2025

During my tenure with the Auburn Police Department, ATF, and DEA, your affiant has participated in many investigations concerning the distribution of controlled substances and firearm investigations. During these investigations, your affiant has participated in interviewing witnesses, cooperating individuals, and informants regarding illegal trafficking of controlled substances and firearms and have read many official reports of similar interviews by other officers. Your affiant has conducted surveillance, observing, and recording movements of persons trafficking in controlled substances and those suspected of trafficking in controlled substances. Your affiant has functioned as the case agent in many cases in specific investigations involving trafficking of controlled substances. As a result of my training and experience, your affiant is familiar with how various drugs are used and the typical distribution and trafficking methods used by drug dealers and traffickers. Furthermore, your affiant has attended training courses and conferences specializing in the investigation of narcotics trafficking and firearm investigations.

The statements in this Affidavit are either known to me personally based on my personal involvement and/or based on information provided verbally to me by other law enforcement personnel, information provided to me by a confidential source, information gathered during the utilization of various investigative techniques, records maintained by the National Crime Information Center (NCIC)

and the Indiana Bureau of Motor Vehicles (BMV), as well as my training, experience, and the training and experience of other law enforcement officers.

**PERSON TO BE ARRESTED**

This Affidavit is being submitted for the limited purpose of securing an arrest warrant for David SHORT (SHORT); therefore, your affiant has not included each and every fact known concerning this investigation. Your affiant has set forth only the facts that are necessary to establish probable cause.

Your affiant has probable cause to believe that on or about October 8, 2025, October 15, 2025, and October 23, 2025, David SHORT distributed a controlled substance, including methamphetamine, its salts, isomers, and salts of its isomers, a schedule II controlled substance in violation of 21 U.S.C § 841(a) and 21 U.S.C § 846. Further, your affiant has probable cause to believe that on or about October 29, 2025, SHORT possessed with the intent to distribute a controlled substance, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

**THE INVESTIGATION**

On October 8, 2025, a confidential source purchased approximately 116 grams of methamphetamine from SHORT for $900. The transaction occurred at SHORT's residence on CR 60 in Garrett, Indiana, located in the Northern District of Indiana. Following the transaction, investigators obtained and field-tested the

substance, which tested positive for the presumptive presence of cocaine, a schedule II controlled substance, weighing approximately 116 grams.

On October 15, 2025, a confidential source arranged to purchase approximately 113 grams of methamphetamine from SHORT for $950. When the confidential source arrived at the transaction, SHORT was asleep. An individual at the house provided the confidential source with the methamphetamine and collected the money. The methamphetamine that was sold to the confidential source was consistent with the weight and description that SHORT had agreed to sell to the confidential source. The transaction occurred at SHORT's residence, located in Garrett, Indiana, in the Northern District of Indiana. Following the transaction, investigators obtained and field-tested the substance, which tested positive for the presumptive presence of methamphetamine, a schedule II controlled substance, weighing approximately 116 grams.

On October 23, 2025, a confidential source purchased approximately 1.5 ounces of methamphetamine from SHORT for $485. The transaction occurred at SHORT's residence, located in Garrett, Indiana, in the Northern District of Indiana. Following the transaction, investigators obtained and field-tested the substance, which tested positive for the presumptive presence of methamphetamine, a schedule II controlled substance, weighing approximately 44 grams.

On October 28, 2025, a federal search warrant was issued for the residence located in Garrett, Indiana, in the Northern District of Indiana. The search warrant was executed on October 29, 2025. SHORT was not at the residence when the

warrant was executed. In a search of SHORT's bedroom, investigators found numerous items, including but not limited to, the following:

- A black bag that contained five plastic bags that contained approximately 113 grams of a white crystal substance that filed tested positive for methamphetamine;
- SHORT's driver's license on the nightstand next to the bed;
- A black Taurus G2C semi-automatic pistol loaded with 11 rounds in the magazine and one round in the chamber;
- An Anderson Manufacturing AM-15 firearm, loaded with 22 rounds of ammunition in the magazine;
- Unloaded Colt 1861 Navy 36 Cal.;
- 3 boxes of 9 mm ammunition;
- A black digital scale;
- A black and orange digital scale containing a white residence.

SHORT arrived back at the residence shortly thereafter. SHORT had a Taurus G3C handgun in his waistband. The magazine was loaded with 12 rounds. There was not a round in the chamber. Investigators also found a small plastic bag containing 8.1 grams of a white crystal substance that field tested positive for methamphetamine in SHORT's pockets.

In a Mirandized interview, SHORT admitted to investigators that he had purchased approximately one pound of methamphetamine and sold it. SHORT was ultimately released from custody.

On November 11, 2025, the confidential source alerted investigators that he/she was receiving threatening text messages from SHORT. Investigators are concerned about the safety of the confidential source.

Based upon the above information, your affiant has probable cause to believe that on or about October 8, 15, and 23, SHORT distributed a controlled substance, including methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. § 841(a). Further, your affiant has probable cause to believe that on or about October 29, 2025, SHORT possessed with the intent to distribute a controlled substance, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

The foregoing facts are true to the best of your Affiant's knowledge and belief.

Further, your Affiant sayeth naught.

JUSTIN JAMES (Affiliate) Digitally signed by JUSTIN JAMES (Affiliate) Date: 2025.11.12 14:34:24 -05'00'

Justin James
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn before me this 12th day of November 2025.

s/Andrew L. Teel

Hon. Andrew Teel
U.S. Magistrate Judge
Northern District of Indiana

DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA UNITED